IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JESSIE KARNELL, On Behalf of Herself and All Others Similarly Situated, <br><br> *Plaintiff*, <br><br> v. <br><br> REVELETTE ENTERPRISES, LLC, REVELETTE HOSPITALITY, LLC, ARJN, LLC, ARJN #3, LLC, JONATHAN'S GRILLE – GREEN HILLS, LLC, JONATHAN'S GRILLE – HENDERSONVILLE, LLC, JONATHAN'S GRILLE – SPRING HILL, LLC, JONATHAN'S GRILLE – MURFREESBORO, LLC, JONATHAN'S GRILLE – PROVIDENCE, LLC, JONATHAN'S GRILLE – EAST RIDGE, LLC, JONATHAN'S GRILLE – CLIFT FARMS, LLC, THE RUTLEDGE RESTAURANT, LLC, THE RUTLEDGE – FOUR SEASONS NASHVILLE, LLC, MASON REVELETTE, and CURTIS REVELETTE, <br><br> *Defendants*. | COLLECTIVE ACTION <br><br> CASE NO. 3:22-cv-00380 <br><br> JUDGE TRAUGER <br><br> JURY DEMAND |

## JOINT MOTION FOR APPROVAL OF THE PARTIES' SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE

Named Plaintiff Jessie Karnell, on behalf of herself and the Opt-In Plaintiffs, (collectively, "Plaintiffs") in this Fair Labor Standards Act ("FLSA") collective action, proceeding pursuant to 29 U.S.C. § 216(b) and Defendants Revelette Enterprises, LLC; Revelette Hospitality, LLC; ARJN, LLC; ARJN #3, LLC; Jonathan's Grille – Green Hills, LLC; Jonathan's Grille – Hendersonville, LLC; Jonathan's Grille -Spring Hill, LLC; Jonathan's Grille – Murfreesboro, LLC; Jonathan's Grille – Providence, LLC; Jonathan's Grille – East Ridge, LLC; Jonathan's Grille – Clift Farms, LLC; The Rutledge – Four Seasons Nashville, LLC; Mason Revelette; and Curtis

Revelette (collectively "Defendants") give notice to the Court that the Parties have agreed to resolve this matter and submit this motion for approval of the parties' Settlement Agreement (attached as <u>Exhibit 1</u>) and dismissal of this case with prejudice.

The Parties respectfully requests that the Court approve this FLSA settlement because it reflects a fair and reasonable compromise of contested issues. The Parties engaged in discovery focused on exchanging the necessary information to equip them to negotiate a resolution of Plaintiffs' claims. Then, the parties engaged in arm's-length negotiations in mediation led by Michael Russell, an experienced mediator in wage and hour litigation. Ultimately, the Parties reached a final agreement on all material issues.

Named Plaintiff and her counsel are satisfied that the terms of the resulting Settlement Agreement are fair and reasonable. Because the Settlement Agreement submitted for the Court's approval fully and finally resolves the claims at issue in this action, the Parties further requests that the Court dismiss this action with prejudice.

In support of this Motion, the Parties have filed a supporting memorandum setting forth the fairness and appropriateness for each of the material terms of this proposed settlement.

For the foregoing reasons and the reasons in their supporting memorandum, the Parties respectfully request that the settlement be approved.

Dated: January 30, 2023

Respectfully submitted,

/s/ David W. Garrison
**DAVID W. GARRISON (No. 24968)**
**JOSHUA A. FRANK (No. 33294)**
**NICOLE A. CHANIN (No. 40239)**
BARRETT JOHNSTON MARTIN & GARRISON, LLC
Philips Plaza
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: (615) 244-2202
Facsimile: (615) 252-3798
dgarrison@barrettjohnston.com

jfrank@barrettjohnston.com
nchanin@barrettjohnston.com

*Attorneys for Plaintiff*


/s/ Margaret R.T. Myers (with permission by David W. Garrison)
**MARGARET R.T. MYERS**
**ROCKLAN W. KING**
Adams and Reese LLP
1600 West End Ave., Suite 1400
Nashville, TN 37203
Telephone: (615) 259-1450
Facsimile: (615) 259-1470
margaret.myers@arlaw.com
rocky.king@arlaw.com

*Attorneys for Defendants*

3

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this *Joint Motion for Approval of the Parties' Settlement Agreement And Dismissal with Prejudice* was filed electronically with the Clerk's office by using the CM/ECF system and served on the following counsel for Defendants as listed below on January 30, 2023.

Margaret R.T. Myers
Rocklan W. King
Adams and Reese LLP
1600 West End Ave., Suite 1400
Nashville, TN 37203
Telephone: (615) 259-1450
Facsimile: (615) 259-1470
margaret.myers@arlaw.com
rocky.king@arlaw.com

*Attorneys for Defendants*

/s/ David W. Garrison
DAVID W. GARRISON
**BARRETT JOHNSTON
   MARTIN & GARRISON, LLC**