IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **JESSIE KARNELL**, On Behalf of Herself and All Others Similarly Situated, ) ) ) *Plaintiff*, ) ) ) v. ) ) ) **REVELETTE ENTERPRISES, LLC, REVELETTE HOSPITALITY, LLC, ARJN, LLC, ARJN #3, LLC, JONATHAN'S GRILLE – GREEN HILLS, LLC, JONATHAN'S GRILLE – HENDERSONVILLE, LLC, JONATHAN'S GRILLE – SPRING HILL, LLC, JONATHAN'S GRILLE – MURFREESBORO, LLC, JONATHAN'S GRILLE – PROVIDENCE, LLC, JONATHAN'S GRILLE – EAST RIDGE, LLC, JONATHAN'S GRILLE – CLIFT FARMS, LLC, THE RUTLEDGE RESTAURANT, LLC, THE RUTLEDGE – FOUR SEASONS NASHVILLE, LLC, MASON REVELETTE, and CURTIS REVELETTE,** ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) *Defendants*. ) | **COLLECTIVE ACTION** **CASE NO. 3:22-cv-00380** **JUDGE TRAUGER** **JURY DEMAND** |

## ORDER APPROVING SETTLEMENT AND DISMISSING ACTION

This matter is before the Court on the Parties' Joint Motion for Approval of the Parties' Settlement Agreement and Dismissal with Prejudice. For good cause shown, the Parties' Joint Motion is GRANTED. The Court herby APPROVES the parties' settlement as a fair and reasonable compromise of *bona fide* disputes under the Fair Labor Standards Act and dismisses Plaintiff's claims with prejudice.

It is so ORDERED.

_____
ALETA A. TRAUGER
U.S. DISTRICT JUDGE